**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00490-RJC-DSC *SEALED***

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex. rel. LEZLIE A. SLICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **THE CHARLOTTE MECKLENBURG HOSPITAL AUTHORITY, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The United States and the State of North Carolina having declined to intervene in this action pursuant to the United States False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the North Carolina False Claims Act, N.C.G.S. §1-608(b)(4), and the Relator having filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a), the Court rules as follows:

**IT IS ORDERED** that:

1. All claims in this action are hereby dismissed with prejudice to Relator Lezlie A. Slice, but without prejudice to the United States or the State of North Carolina;

2. The Complaint, this Order, the Government's Notice of Election to Decline Intervention and the Relater's voluntary dismissal be unsealed and served upon the Defendants by the Relator;

3.  All other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants; and

4.  The seal be lifted as to all other matters occurring in this action after the date of this Order.

5.  The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: December 18, 2015

David S. Cayer
United States Magistrate Judge