# IN THE UNITED STATES OF AMERICA
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL FILE NO. 3:13CV490-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA and the State of North Carolina, *ex rel* LEZLIE A. SLICE,<br><br>**Plaintiffs,**<br>v.<br><br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM and CAROLINAS MEDICAL CENTER,<br><br>**Defendants.** | ORDER |

This matter is before the Court upon the United States of America's Motion to Seal Exhibits to *Qui Tam* Complaint to protect the privacy of patient information. Having considered the Motion and the Exhibits in question and noting that there is consent of all parties;

**IT IS HEREBY ORDERED** that Exhibits A and B (Attachments 2 through 6 of Document #1) be placed under seal and shall remain under seal until further order of this Court.

**SO ORDERED**.

Signed: December 22, 2015

_____
David S. Cayer
United States Magistrate Judge